# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: PARRISH, STANLEY R  §  | Case No. 10-72220 |
| PARRISH, CHARLENE G  §  | |
| §  | |
| Debtor(s)  §  | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/26/2012 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/23/2012          By:  /s/BERNARD J. NATALE
                                                                                   Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: PARRISH, STANLEY R § Case No. 10-72220
PARRISH, CHARLENE G §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 7,500.29 |
| *and approved disbursements of* | $ 153.60 |
| *leaving a balance on hand of* [1] | $ 7,346.69 |
| **Balance on hand:** | $ 7,346.69 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,346.69 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 1,500.03 | 0.00 | 1,500.03 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 3,749.25 | 0.00 | 3,749.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 24.63 | 0.00 | 24.63 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 5,273.91 |
| Remaining balance: | $ 2,072.78 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,072.78

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,072.78

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,987.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp | 2,961.05 | 0.00 | 191.87 |
| 2 | Chase Bank USA, N.A. | 5,749.85 | 0.00 | 372.58 |
| 3 | Chase Bank USA, N.A. | 1,526.10 | 0.00 | 98.89 |
| 4 | Members Alliance Credit Union | 4,531.95 | 0.00 | 293.67 |
| 5 | Members Alliance Credit Union | 459.03 | 0.00 | 29.74 |
| 6 | Members Alliance Credit Union | 2,109.22 | 0.00 | 136.68 |
| 7 | Chase Bank USA,N.A | 964.01 | 0.00 | 62.47 |
| 8 | GE Money Bank | 1,404.63 | 0.00 | 91.02 |
| 9 | GE Money Bank | 1,346.08 | 0.00 | 87.22 |
| 10 | GE Money Bank | 1,165.62 | 0.00 | 75.53 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | American Express Travel | 697.12 | 0.00 | 45.17 |
| 12 | Rockford Mercantile | 5,107.00 | 0.00 | 330.93 |
| 13 | PYOD LLC/Citibank, NA | 3,966.25 | 0.00 | 257.01 |

| | |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 2,072.78 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---:|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                              Case No. 10-72220-MB
Stanley R Parrish
Charlene G Parrish                                                  Chapter 7
        Debtors
                               CERTIFICATE OF NOTICE
District/off: 0752-3           User: kkrystave              Page 1 of 3                   Date Rcvd: Mar 02, 2012
                               Form ID: pdf006              Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2012.
db/jdb       +Stanley R Parrish,   Charlene G Parrish,    3419 Jamestown Dr.,    Rockford, IL 61109-2263
15501528     +ATG Credit, LLC,    P.O. Box 14895,   Chicago, IL 60614-8542
15501524     +Alpine Bank & Trust Co,    1700 N Alpine Rd,   Rockford, IL 61107-1459
15501525     +Amcore Bank N A,    501 7th St,   Rockford, IL 61104-1299
15501526     +American Express,    PO Box 6618,   Omaha, NE 68106-0618
16145865      American Express Travel Related Services,    Co, Inc,   c o Becket and Lee LLP,   POB 3001,
               Malvern, PA 19355-0701
15501530     +Chase,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
15501529     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15861866      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15972171     +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
15501531     +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
               Columbus, OH 43219-6009
15501532     +Chase Manhattan Mtge,    Po Box 24696,   Columbus, OH 43224-0696
15501533     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20363,   Kansas City, MO 64195-0363
15501534     +Citifinancial,    300 Saint Paul Place,   Baltimore, MD 21202-2120
15501535    ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,    Attn: Bankruptcy Dept.,   Po Box 81577,
               Austin, TX 78708)
15501541    ++GUARANTY BANK,   4000 W BROWN DEER ROAD,    LOAN ADMINISTRATION,   BROWN DEER WI 53209-1221
             (address filed with court: Guaranty Bank,    4000 West Brown Deer Rd,   Brown Deer, WI 53209)
15501543      Holcomb State Bank,    108 W Main St,   Holcomb, IL 61043
15501544      Holcomb Stbk,    108 W Main St,   Holcomb, IL 61043
15501545     +Hsbc Bank,    Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
15501546     +Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
15501547     +Hsbc Best Buy,    Attn: Bankruptcy,   Po Box 5263,   Carol Stream, IL 60197-5263
15501550     +Memballicrun,    2550 S Alpine Rd,   Rockford, IL 61108-7813
15536284     +Members Alliance Credit Union,    William A Reilly II,   6801 Spring Creek Rd, Suite 2D,
               Rockford IL 61114-7420
15501552     +Members Alliance Cu,    2550 S Alpine,   Rockford, IL 61108-7890
15501551     +Members Alliance Cu,    2550 S Alpine Rd,   Rockford, IL 61108-7890
15910309     +MembersAlliance Credit Union c/o Reilly Law Office,    6801 Spring Creek Rd., 2D,
               Rockford, IL 61114-7420
15501554     +Mutual Management,    401 E State St,   Rockford, IL 61104-1027
15501555     +Newport News,    Po Box 182124,   Columbus, OH 43218-2124
15501556     +Nextcard Inc,    P.o. Box 3412,   Omaha, NE 68197-0001
15760639     +Rockford Health Physicians,    6785 Weaver Rd  Suite D,   Rockford IL 61114-8057
15501558     +Rockford Health System,    2400 N Rockton Ave,   Rockford, IL 61103-3655
15501559     +Rockford Mercantile,    2502 S Alpine Rd,   Rockford, IL 61108-7813
15501563     +Sca/rave Grl,    1000 Macarthur Blvd,   Mahwah, NJ 07430-2035
15501564     +Sears/cbsd,    Po Box 6189,   Sioux Falls, SD 57117-6189
15501565     +South Beloit Fire Dept,    PO Box 457,   Wheeling, IL 60090-0457
15501566     +Student Loan Mkt Assn,    Attention: Bankruptcy Litigation Depart,    Po Box 6180,
               Indianapolis, IN 46206-6180
15501567     +Wfnnb/dress Barn,    Po Box 182273,   Columbus, OH 43218-2273
15501568     +Wfnnb/gordmans,    Po Box 2984,   Shawnee Mission, KS 66201-1384
15501569     +Wfnnb/tsa,    Po Box 182125,   Columbus, OH 43218-2125
15501570     +Wfnnb/valucityroomstod,    Po Box 182273,   Columbus, OH 43218-2273

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15760638     +E-mail/Text: bankrup@nicor.com Mar 03 2012 02:37:53     (NICOR) Northern Illinois Gas,
               Attention Bankruptcy & Collections,    PO Box 549,   Aurora IL 60507-0549
15800358      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2012 03:50:52
               American Infosource Lp As Agent for,    World Financial Network National Bank As,   Amtv,
               PO Box 248872,   Oklahoma City, OK  73124-8872
16096665      E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2012 03:44:01     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15501537     +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2012 03:44:02     GEMB / Old Navy,
               Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
15501536     +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2012 03:44:01     Gemb,   Attn: Bankruptcy,
               P.O. Box 103106,   Roswell, GA 30076-9106
15501538     +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2012 03:44:01     Gemb/jcp,   Attention: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
15501539     +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2012 03:44:02     Gemb/walmart,   Po Box 981400,
               El Paso, TX 79998-1400
15501540     +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2012 03:44:01     Gembppbycr,   Attention: Bankruptcy,
               Po Box 103106,   Roswell, GA 30076-9106
15501542     +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 03 2012 02:37:41     Harley Davidson Financial,
               222 West Adams,   Suite 200,   Chicago, IL 60606-5307
15501548     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 03 2012 02:38:10     Kohls/chase,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
15501549     +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2012 03:44:01     Lowes / MBGA,
               Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
```

```
District/off: 0752-3          User: kkrystave              Page 2 of 3              Date Rcvd: Mar 02, 2012
                              Form ID: pdf006              Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15501553     +E-mail/Text: bkr@cardworks.com Mar 03 2012 02:38:56      Merrick Bank,   Po Box 5000,
              Draper, UT 84020-5000
15501557     +E-mail/Text: bankrup@nicor.com Mar 03 2012 02:37:53      Nicor Gas,
              Attention:  Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
16167185     +E-mail/Text: resurgentbknotifications@resurgent.com Mar 03 2012 02:37:42
              PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
15501560     +E-mail/Text: SBONNEMA@ROGENT.COM Mar 03 2012 02:38:42     Rogers & Hol,   Po Box 879,
              Matteson, IL 60443-0879
15501527      E-mail/PDF: cbp@slfs.com Mar 03 2012 03:50:58      American General Finance,   Po Box 3121,
              Evansville, IN 47731
15501561     +E-mail/PDF: pa_dc_claims@salliemae.com Mar 03 2012 03:44:22      Sallie Mae,   11100 Usa Parkway,
              Fishers, IN 46037-9203
15501562     +E-mail/PDF: pa_dc_claims@salliemae.com Mar 03 2012 03:44:22      Sallie Mae Servicing,
              11100 Usa Parkway,   Fishers, IN 46037-9203
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2012**                    **Signature:**        _Joseph Speetjens_

```
District/off: 0752-3          User: kkrystave             Page 3 of 3              Date Rcvd: Mar 02, 2012
                              Form ID: pdf006             Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2012 at the address(es) listed below:

```
          Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
          Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Ryan  Keenan    on behalf of Debtor Stanley Parrish NDILNotices@legalhelpers.com
          Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
          William A Reilly    on behalf of Creditor  MembersAlliance Credit Union
           wreilly@reilly-lawoffices.com, pkasmar@reilly-lawoffices.com
                                                                                             TOTAL: 6
```