**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re:  PARRISH, STANLEY R              § Case No. 10-72220
        PARRISH, CHARLENE G             §
                                         §
Debtor(s)                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $115,589.00<br>*(without deducting any secured claims)* | Assets Exempt: $67,219.00 |
| Total Distribution to Claimants: $2,072.78 | Claims Discharged<br>Without Payment: $66,843.13 |
| Total Expenses of Administration: $5,427.51 | |

    3) Total gross receipts of $ 7,500.29 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.29 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $70,776.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,427.51 | 5,427.51 | 5,427.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,231.00 | 31,987.91 | 31,987.91 | 2,072.78 |
| **TOTAL DISBURSEMENTS** | $120,007.00 | $37,415.42 | $37,415.42 | $7,500.29 |

    4) This case was originally filed under Chapter 7 on April 30, 2010. The case was pending for 26 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/20/2012       By: /s/BERNARD J. NATALE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account with Holcomb State Bank | 1129-000 | 625.00 |
| Checking Account with Holcolmb State Bank | 1129-000 | 1,250.00 |
| 2007 GMC Envoy with 30,000 miles value per kbb.c | 1129-000 | 5,625.00 |
| Interest Income | 1270-000 | 0.29 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.29** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Manhattan Mortgage | 4110-000 | 49,835.00 | N/A | N/A | 0.00 |
| NOTFILED | Members Alliance Cu | 4110-000 | 15,690.00 | N/A | N/A | 0.00 |
| NOTFILED | Members Alliance Cu | 4110-000 | 5,251.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$70,776.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 ─ CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 24.63 | 24.63 | 24.63 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 3,749.25 | 3,749.25 | 3,749.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,500.03 | 1,500.03 | 1,500.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 3.60 | 3.60 | 3.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,427.51 | $5,427.51 | $5,427.51 |

**EXHIBIT 5 ─ PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 ─ PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp | 7100-000 | N/A | 2,961.05 | 2,961.05 | 191.87 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 5,488.00 | 5,749.85 | 5,749.85 | 372.58 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 1,391.00 | 1,526.10 | 1,526.10 | 98.89 |
| 4 | Members Alliance Credit Union | 7100-000 | N/A | 4,531.95 | 4,531.95 | 293.67 |
| 5 | Members Alliance Credit Union | 7100-000 | N/A | 459.03 | 459.03 | 29.74 |
| 6 | Members Alliance Credit Union | 7100-000 | N/A | 2,109.22 | 2,109.22 | 136.68 |
| 7 | Chase Bank USA,N.A | 7100-000 | 829.00 | 964.01 | 964.01 | 62.47 |
| 8 | GE Money Bank | 7100-000 | 1,277.00 | 1,404.63 | 1,404.63 | 91.02 |
| 9 | GE Money Bank | 7100-000 | 1,167.00 | 1,346.08 | 1,346.08 | 87.22 |
| 10 | GE Money Bank | 7100-000 | 1,082.00 | 1,165.62 | 1,165.62 | 75.53 |
| 11 | American Express Travel | 7100-000 | 697.00 | 697.12 | 697.12 | 45.17 |
| 12 | Rockford Mercantile | 7100-000 | 372.00 | 5,107.00 | 5,107.00 | 330.93 |
| 13 | PYOD LLC/Citibank, NA | 7100-000 | 0.00 | 3,966.25 | 3,966.25 | 257.01 |
| NOTFILED | Nextcard Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Newport News | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health System | 7100-000 | 4,585.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health Physicians | 7100-000 | 980.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management | 7100-000 | 99.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management | 7100-000 | 422.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Best Buy | 7100-000 | 2,303.00 | N/A | N/A | 0.00 |
| NOTFILED | Memballicrun | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Merrick Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Memballicrun | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rogers & Hol | 7100-000 | 322.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Sallie Mae | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sca/rave Grl | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sca/rave Grl | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | South Beloit Fire Dept | 7100-000 | 807.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 3,686.00 | N/A | N/A | 0.00 |
| NOTFILED | Student Loan Mkt Assn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/dress Barn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 3,426.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/valucityroomstod | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/gordmans | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/tsa | 7100-000 | 2,783.00 | N/A | N/A | 0.00 |
| NOTFILED | Student Loan Mkt Assn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Holcomb State Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 17,492.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Bank & Trust Co | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Bank & Trust Co | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Guaranty Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/walmart | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harley Davidson Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Holcomb State Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Holcomb State Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB / Old Navy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ATG Credit, LLC | 7100-000 | 23.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mtge | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Dell Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Holcomb Stbk | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $49,231.00 | $31,987.91 | $31,987.91 | $2,072.78 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72220  
**Case Name:** PARRISH, STANLEY R  
    PARRISH, CHARLENE G  
**Period Ending:** 06/20/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 04/30/10 (f)  
**§341(a) Meeting Date:** 06/21/10  
**Claims Bar Date:** 09/29/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Real Estate located at 3419 Jamestown, IL 61109, | 70,945.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Members Alliance Credit Un | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account with Members Alliance Credit Uni | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Account with Holcomb State Bank | 50.00 | 746.86 | | 625.00 | FA |
| 5 | Checking Account with Holcolmb State Bank | 200.00 | 1,415.82 | | 1,250.00 | FA |
| 6 | Checking Account with Members Alliance Credit UN | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Savings account with Members Aliiance Credit uni | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous used household goods | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Personal used clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401k through employer | 20,759.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2007 Ford Edge with 25,000 miles value per kbb.c | 16,315.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2007 GMC Envoy with 30,000 miles value per kbb.c | 15,450.00 | 6,290.00 | | 5,625.00 | FA |
| 13 | 2008 Honda XR650 with 3,000 miles value per kbb. | 3,105.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2001 Harley Sportster with 3,000 miles value per | 2,765.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.29 | FA |
| 15 | Assets Totals (Excluding unknown values) | **$131,289.00** | **$8,452.68** | | **$7,500.29** | **$0.00** |

**Major Activities Affecting Case Closing:**

    COLLECTING BALANCE DUE FROM DEBTOR ON COURT APPROVED COMPROMISE AND SALE.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012     **Current Projected Date Of Final Report (TFR):** February 23, 2012 (Actual)

Printed: 06/20/2012 04:28 PM     V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** | 10-72220 |
| **Case Name:** | PARRISH, STANLEY R |
| | PARRISH, CHARLENE G |
| **Taxpayer ID #:** | **-***4654 |
| **Period Ending:** | 06/20/12 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******48-65 - Checking Account |
| **Blanket Bond:** | $606,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/01/11 | {4} | Charlene Parrish | Pymt Re: Compromise | 1129-000 | 625.00 | | 625.00 |
| 06/28/11 | | Charlene Parrish | Pymt on Compromise | | 1,250.00 | | 1,875.00 |
| | {12} | | 625.00 | 1129-000 | | | 1,875.00 |
| | {5} | | 625.00 | 1129-000 | | | 1,875.00 |
| 07/28/11 | | Charlene Parrish | | | 1,250.00 | | 3,125.00 |
| | {12} | | Payment on Compromise  625.00 | 1129-000 | | | 3,125.00 |
| | {5} | | Payment on Compromise  625.00 | 1129-000 | | | 3,125.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,125.01 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 3.60 | 3,121.41 |
| 08/29/11 | {12} | Charlene Parrish | Pymt on Compromise | 1129-000 | 1,500.00 | | 4,621.41 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,621.43 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,596.43 |
| 09/27/11 | {12} | Charlene Parrish | Pymt on Envoy | 1129-000 | 1,500.00 | | 6,096.43 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 6,096.46 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,071.46 |
| 10/26/11 | {12} | Charlene Parrish | Payment on Compromise | 1129-000 | 1,375.00 | | 7,446.46 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,446.51 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,421.51 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,421.57 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,396.57 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,396.63 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,371.63 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,371.69 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,346.69 |
| 03/27/12 | 1001 | BERNARD J. NATALE | Dividend paid 100.00% on $1,500.03, Trustee Compensation;  Reference: | 2100-000 | | 1,500.03 | 5,846.66 |
| 03/27/12 | 1002 | American Infosource Lp | Distribution paid  6.47% on $2,961.05; Claim# 1; Filed: $2,961.05; Reference: 4881 | 7100-000 | | 191.87 | 5,654.79 |
| 03/27/12 | 1003 | Chase Bank USA,N.A | Distribution paid  6.47% on $964.01; Claim# 7; Filed: $964.01; Reference: 1114 KOHLS | 7100-000 | | 62.47 | 5,592.32 |
| 03/27/12 | 1004 | American Express Travel | Distribution paid  6.47% on $697.12; Claim# 11; Filed: $697.12; Reference: 2007 | 7100-000 | | 45.17 | 5,547.15 |
| 03/27/12 | 1005 | Rockford Mercantile | Distribution paid  6.47% on $5,107.00; Claim# 12; Filed: $5,107.00; Reference: 2081 | 7100-000 | | 330.93 | 5,216.22 |
| 03/27/12 | 1006 | PYOD LLC/Citibank, NA | Distribution paid  6.47% on $3,966.25; Claim# | 7100-000 | | 257.01 | 4,959.21 |

Subtotals :  $7,500.29  $2,541.08

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-72220 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | PARRISH, STANLEY R | | **Bank Name:** | The Bank of New York Mellon |
| | PARRISH, CHARLENE G | | **Account:** | 9200-******48-65 - Checking Account |
| **Taxpayer ID #:** | **-***4654 | | **Blanket Bond:** | $606,000.00   (per case limit) |
| **Period Ending:** | 06/20/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 13; Filed: $3,966.25; Reference: 0084 | | | | |
| 03/27/12 | 1007 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 3,773.88 | 1,185.33 |
| | | | Dividend paid 100.00%   3,749.25 on $3,749.25;  Claim# ATTY; Filed: $3,749.25 | 3110-000 | | | 1,185.33 |
| | | | Dividend paid 100.00%   24.63 on $24.63;  Claim# EXP; Filed: $24.63 | 3120-000 | | | 1,185.33 |
| 03/27/12 | 1008 | Chase Bank USA, N.A. | Combined Check for Claims#2,3 | | | 471.47 | 713.86 |
| | | | Dividend paid   6.47% on   372.58 $5,749.85;  Claim# 2; Filed: $5,749.85; Reference: 0108 | 7100-000 | | | 713.86 |
| | | | Dividend paid   6.47% on   98.89 $1,526.10;  Claim# 3; Filed: $1,526.10; Reference: 0249 | 7100-000 | | | 713.86 |
| 03/27/12 | 1009 | GE Money Bank | Combined Check for Claims#8,9,10 | | | 253.77 | 460.09 |
| | | | Dividend paid   6.47% on   91.02 $1,404.63;  Claim# 8; Filed: $1,404.63; Reference: 8131/LOWES | 7100-000 | | | 460.09 |
| | | | Dividend paid   6.47% on   87.22 $1,346.08;  Claim# 9; Filed: $1,346.08; Reference: 9787/PAYPAL | 7100-000 | | | 460.09 |
| | | | Dividend paid   6.47% on   75.53 $1,165.62;  Claim# 10; Filed: $1,165.62; Reference: 5133/JCPENNEY | 7100-000 | | | 460.09 |
| 03/27/12 | 1010 | Members Alliance Credit Union | Combined Check for Claims#4,5,6 | | | 460.09 | 0.00 |
| | | | Dividend paid   6.47% on   293.67 $4,531.95;  Claim# 4; Filed: $4,531.95; Reference: 1323/6174 VISA | 7100-000 | | | 0.00 |

Subtotals :           $0.00      $4,959.21

{} Asset reference(s)                                                                                                           Printed: 06/20/2012 04:28 PM    V.13.02

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-72220
**Case Name:** PARRISH, STANLEY R
PARRISH, CHARLENE G
**Taxpayer ID #:** **-***4654
**Period Ending:** 06/20/12

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******48-65 - Checking Account
**Blanket Bond:** $606,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 6.47% on $459.03; Claim# 5; Filed: $459.03; Reference: 1323/8028 VISA GOLD | 7100-000 | 29.74 | | 0.00 |
| | | | Dividend paid 6.47% on $2,109.22; Claim# 6; Filed: $2,109.22; Reference: 1323/310 HONDA | 7100-000 | 136.68 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 7,500.29 | 7,500.29 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 7,500.29 | 7,500.29 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $7,500.29 | $7,500.29 | |

Net Receipts : 7,500.29
_____
Net Estate : $7,500.29

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******48-65 | 7,500.29 | 7,500.29 | 0.00 |
| | $7,500.29 | $7,500.29 | $0.00 |

{} Asset reference(s)                                                    Printed: 06/20/2012 04:28 PM    V.13.02